IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLANCA FRANCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4088 |
| | § | |
| FMA ALLIANCE, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 8), this action is dismissed without prejudice.

SIGNED on March 29, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge